The judgment will be reversed, and the cause remanded.

---

### MAJOR v. DANNELLY.  (No. 1626.)

(Court of Civil Appeals of Texas. Amarillo. April 14, 1920.)

Costs ⚖=260(6) — Where plaintiff recovered nothing below, damages for delay cannot be awarded against him on dismissal.

Where plaintiff, who recovered nothing below, appealed, there is no basis for defendant's request for assessment of damages for delay, under Rev. St. 1911, art. 1627, and hence, without consideration of the matter, the appellate court will grant plaintiff's motion to dismiss the appeal.

Appeal from Dallas County Court; W. L. Thornton, Judge.

Action by W. W. Major and another against F. M. Dannelly. From a judgment for defendant, plaintiff Major appeals. Appeal dismissed.

Short & Field, of Dallas, for appellant.
Albert Walker, of Dallas, for appellee.

BOYCE, J. After the appellant had filed a motion to dismiss the appeal in this case, the appellee filed his briefs, asking for an affirmance, with damages for delay. The plaintiff in the court below, appellant here, recovered nothing in the lower court. There is no basis for the assessment of damages for delay. R. S. art. 1627; Hicks v. Murphy, 162 S. W. 925. Under the circumstances it can make no material difference to appellees whether the judgment be affirmed or the appeal dismissed.

We will therefore not take the time to examine into the questions of law necessary to determine whether there was any error in the judgment, but will sustain the appellant's motion and dismiss the appeal.

---

### CITY OF TIOGA v. GRAVES et al. (No. 1649.)

(Court of Civil Appeals of Texas. Amarillo. April 14, 1920.)

Appeal and error ⚖=1161—Judgment will be reversed on confession of error.

Where appellees confessed the error pointed out in appellant's brief, judgment will be reversed, and cause remanded.

Appeal from District Court, Grayson County; F. E. Wilcox, Judge.

Action between the City of Tioga and N. C. Graves and others. There was a judgment for the latter, and the former appeals. Reversed and remanded.

G. P. Webb and Wood, Jones & Hassell, all of Sherman, for appellant.
Wolfe & Freeman, of Sherman, for appellees.

HUFF, C. J. We believe there is error, as pointed out in the brief of appellant, and, the appellees having confessed error by filing their admission of such, and request that the judgment be reversed and the cause remanded, it is accordingly so ordered.

---

⚖=For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes